**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7946**

LONNIE BOYD,

            Plaintiff - Appellant,

      v.

CHESAPEAKE CORRECTIONAL CENTER, Medical Department; MS. BONNEY,
Nurse; MS. TOPIN, Nurse,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:09-cv-00328-JBF-FBS)

Submitted:  June 1, 2010                  Decided:  June 4, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lonnie Boyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie Boyd appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boyd v. Chesapeake Corr. Ctr., No. 2:09-cv-00328-JBF-FBS (E.D. Va. Sept. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED